UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
CHAPTER 13 PLAN (Individual Adjustment of Debts)

DEBTOR: Luis Dominicis      JOINT DEBTOR:_____  CASE NO.:_____
Last Four Digits of SS# 2057        Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

   A.   $ 257.27   for months 1 to 60; in order to pay the following creditors:

Administrative:     Attorney's Fee - $ 3650 TOTAL PAID $ 1200 Balance Due $ 2450
                    payable $ 122.50/month (Months 1 to 20)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None_____   Arrearage on Petition Date $_____
Address:_____   Arrears Payment   $_____/month (Months _____ to _____)
_____   Regular Payment   $_____/month (Months _____ to _____)
Account No:_____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | _____ To _____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None_____  Total Due $_____
                            Payable   $_____/month (Months ____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $ 109.05/month (Months 1 to 20) and Pay $ 231.55/month (Months 21 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditors International Village, Mainlands of Tamarac Ninth Sec, Inc. and Suntrust Bank Miami NA and will continue to pay said creditors directly outside the chapter 13 plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____          _____
Debtor                             Joint Debtor
Date:_____          Date:_____


LF-31 (rev. 01/08/10)