UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
**FIRST AMENDED**

DEBTOR: Luis Dominicis         JOINT DEBTOR: _____         CASE NO.: 15-27370-JKO
Last Four Digits of SS# 2057   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 254.71  for months 1 to 60 ; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650 TOTAL PAID $ 1200 Balance Due $ 2450
    payable $ 231.55/month (Months 1 to 6)
    payable $ 106.07/month (Months 7 to 16)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None
Address: _____
Account No: _____
Arrearage on Petition Date $ _____
Arrears Payment $ _____/month (Months ___ to ___)
Regular Payment $ _____/month (Months ___ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ____ To ____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None    Total Due $ _____
    Payable $ _____/month (Months ___ to ___) Regular Payment $ _____

Unsecured Creditors: Pay $ 0/month (Months 1 to 6) and Pay $ 125.48 /month (Months 7 to 16 and Pay $ 231.55 /month (Months 17 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditors JPMorgan Chase Bank, National Association [Claim#4], International Village, Mainlands of Tamarac Ninth Sec, Inc. and Suntrust Bank Miami NA and will continue to pay said creditors directly outside the chapter 13 plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ Luis Dominicis_____        _____
Debtor                                  Joint Debtor
Date: 12-4-15                           Date: _____

LF-31 (rev. 01/08/10)