CGFI1 (9/18/13)



ORDERED in the Southern District of Florida on February 5, 2016



**John K Olson**
United States Bankruptcy Judge

**United States Bankruptcy Court**
**Southern District of Florida**
www.flsb.uscourts.gov

Case Number: 15–27370–JKO

Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Luis S Dominicis
aka Luis Dominicis, aka Luis R Dominicis, aka Luis Salvador Dominicis, aka Luis S Dominics, aka Luis Salvador Dominicis Jr., ...
7105 NW 57th Drive
Tamarac, FL 33321–5720
SSN: xxx–xx–2057

# ORDER STRIKING DOCUMENT

The following document was filed on 12/4/2016:

| |
|---|
| Title of Stricken Document: **Amended Schedules** |

The document does not substantively conform to the Official Form

It is **ORDERED** that this document is stricken. Any fees accompanying the document shall not be refunded. A stricken document resubmitted in compliance with the rules shall be considered as filed on the date it is resubmitted for filing, not the date the noncomplying document was initially filed, and must be served in accordance with court rules. If required, an additional fee must also be remitted. If the document stricken was a notice or motion served pursuant to Local Rules 3007–1(C), 4001–1(C), 6004–1(D), 6007–1(B) or 9013–1(D), the proponent is denied any relief which would have been afforded under the "negative notice" provisions contained in these rules and the party filer shall not submit any requests for orders to take any action based upon the filing of this stricken document.

The clerk of court shall serve a copy of this order on the party filing this document and on all parties on the service list of the document being stricken.

### # # #